■ BILAL A. KONE, Respondent, v GARDEN STATE LIFE INSURANCE COMPANY, Appellant. [23 NYS3d 880]—Order, Supreme Court, New York County (Ellen M. Coin, J.), entered December 18, 2014, which, inter alia, denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

In this action alleging breach of contract and bad faith arising from defendant's failure to pay the proceeds of a life insurance policy, the record does not permit a determination as a matter of law that plaintiff failed to present defendant with due proof of the insured's death, as required by the policy. Concur—Saxe, J.P., Moskowitz, Richter and Feinman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAZZMOND FOY, Appellant. [23 NYS3d 880]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered July 12, 2012, resentencing defendant to an aggregate term of 25 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). We perceive no basis for reducing the term of postrelease supervision. Concur—Saxe, J.P., Moskowitz, Richter and Feinman, JJ.